PROB 12B
(12/20)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

# RESTRICTED ACCESS DOCUMENT

Name of Offender: Kenneth Graham                           Cr.: 06-00478-001
                                                          PACTS #: 45333

Name of Sentencing Judicial Officer:   THE HONORABLE WILLIAM J. MARTINI
                                       SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 06/27/2007

Original Offense:   Count 1: Bank Robbery
                    Count 2: Use of Firearm to Commit a Crime of Violence

Original Sentence: 204 months imprisonment, 60 months supervised release

Special Conditions: Mental Health Treatment, Financial Disclosure, No New Debt/Credit, Restitution, Special Assessment

Type of Supervision: Supervised Release                   Date Supervision Commenced: 11/03/2020

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term of _____ years.

☑ To modify the conditions of supervision as follows:

**RESTITUION:**

Kenneth Graham is ordered to pay restitution in the amount of $50,404.50. Restitution shall be made payable in monthly payments of no less than $25.

## CAUSE

According to an Offender Payment Enhanced Report Access (OPERA) inquiry, Mr. Graham satisfied his $200 special assessment fee and $775 towards his restitution while incarcerated at the Bureau of Prisons. The remaining balance is $49,629.50.

Mr. Graham is presently unemployed and resides with his cousin. He has no income at this time. In order to assist Mr. Graham in gaining compliance with his restitution order, we are respectfully requesting a modification to set a modest payment schedule. Should Mr. Graham have significant changes to his income, we will request a modification to increase his payments accordingly. Mr. Graham has consented to this modification and signed a *Waiver of Hearing to Modify Conditions of Supervised Release*, attached for Your Honor's review.

Prob 12B – page 2
Kenneth Graham

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:  IVETTELIS PEREZ
Senior U.S. Probation Officer

/ ip

APPROVED:

*Suzanne Golda-Martinez*      *01/21/2021*
SUZANNE GOLDA-MARTINEZ     Date
Supervising U.S. Probation Officer

THE COURT ORDERS:

- ☐ The Extension of Supervision as Noted Above
- ☒ The Modification of Conditions as Noted Above (as recommended by the Probation Office)
- ☐ No Action
- ☐ Other

Signature of Judicial Officer

1/26/21
Date